```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

HASKELL EUGENE TERRY                                        PLAINTIFF

       v.             Civil No. 11-5022

SHERIFF KEITH FERGUSON,
Benton County, Arkansas; and
SGT. DUNN, Benton County
Detention Center                                            DEFENDANTS

<u>**ORDER**</u>

Now on this 21st day of March, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #17), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #17) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice** for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                     JIMM LARRY HENDREN
                                     UNITED STATES DISTRICT JUDGE